UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:20-CV-00077-EBA

REBECCA LYNN PRUITT,                                                                                           PLAINTIFF,

V.                                                         **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security Administration,                                                DEFENDANT.

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) The administrative decision is **AFFIRMED**; and

(2) The above-styled action is **STRICKEN** from this Court's active docket.

Signed February 2, 2022.

Signed By:
*Edward B. Atkins*
United States Magistrate Judge